UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTISLA BEST,<br><br>                             Plaintiff,<br><br>    -against-<br><br>HONORABLE DEBRA JAMES; NATASHA GODBY, ESQ.,<br><br>                            Defendant. | 25-cv-3767 (LLS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 11, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 12, 2025
            New York, New York

                                                  /s/ Louis L. Stanton
                                                     LOUIS L. STANTON
                                           United States District Judge